NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN C. PARKINSON,**

*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**

*Respondent*

---

2015-3066

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-13-0032-I-2.

---

**O R D E R**

---

Oral argument en banc for this appeal is scheduled for February 7, 2017, at 10:00 a.m. in courtroom 201. This appeal will have 30 minutes per side for a total argument time of one hour. The parties shall notify the court by ECF filing by January 9, 2017, of the names of counsel who will present oral argument.

FOR THE COURT

November 8, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court